THE GERMAN-AMERICAN COFFEE COMPANY, Respondent,
v. JOHN O'NEIL, Appellant.

*German-American Coffee Co.* v. *O'Neil,* 167 App. Div. 928,
affirmed.
(Submitted November 19, 1915; decided December 7, 1915.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered April 23, 1915, which affirmed an order of
Special Term overruling a demurrer to the complaint
which sets forth a series of acts done by the defendant in
his capacity as a director of plaintiff corporation covering
a period of time from the organization of the corporation
down to shortly before the beginning of this action,
which acts resulted in the depletion, dissipation and
waste of the funds and assets of the corporation which
were intrusted to and placed under the control of the
defendant during the time when he, as a director, was
charged with the duty of administering said funds, and
accordingly the complaint prays that the defendant be
ordered to account for the administration of the funds
intrusted to him and to pay to the plaintiff whatever
amount on an accounting shall appear to have been
improperly disposed of or dissipated. The defendant
demurred on three grounds: 1. That there was a defect
of parties defendant. 2. That there was an improper
joinder of causes of action. 3. That the complaint does
not state facts sufficient to constitute a cause of action.

The following questions were certified: " 1. Does the
complaint state facts sufficient to constitute a cause of
action ? 2. Are causes of action improperly united in the
complaint ? "

*George W. Harper, Jr., Charles W. Lucas* and
*William Ferguson* for appellant.

*Edward S. Paine* and *George S. Brengle* for respondent.

Order affirmed, with costs; first question certified answered in the affirmative; second question in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.